# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

CHAMBERS OF
PAMELA PEPPER
CHIEF JUDGE

FEDERAL COURTHOUSE
517 EAST WISCONSIN AVENUE
MILWAUKEE, WISCONSIN 53202
(414) 297-3335

February 25, 2022

Adam B. Roth
Mendota Mental Health Institute
301 Troy Dr.
Madison, WI 53704

Mr. Roth:

    As I said I would do at the February 22, 2022 hearing, I am enclosing a list of free and low-cost legal service options in the hope that it may help you find an attorney to represent you.

    Sincerely,

    Hon. Pamela Pepper
    Chief United States District Judge

cc:    Rohn Roth

Legal Action of Wisconsin
633 W. Wisconsin Avenue
Suite 2000
Milwaukee, WI 53203
https://www.legalaction.org
(855) 278-2529

Legal Aid Society of Milwaukee
728 N. James Lovell Street
Milwaukee, WI 53233
https://lasmilwaukee.com
(414) 727-5300

Community Justice, Inc.
214 N. Hamilton Street
Suite 101
Madison, WI 53703
https://www.communityjusticeinc.org
(608) 204-9642

State Bar of Wisconsin Modest Means Referral Service
https://www.wisbar.org/forPublic/INeedaLawyer/Pages/Modesl-Means.aspx

State Bar of Wisconsin Lawyer Hotline
(800) 362-9082

Milwaukee Bar Association Lawyer Referral Information Service
https://www.mkebar.org/hire-an-attorney
(414) 274-6768